UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 1:22-mj-0550-MG |
| ) | |
| DONTA ALLEN,   and ) | -01 |
| LANCE MCGEE, ) | -02 |
| ) | |
| Defendants. ) | |

ORDER

This matter is before the Court on the Government's ninth unopposed motion to extend the time period in which to return an indictment in this matter.

Having reviewed the Motion, the Court FINDS that a period of delay not to exceed February 10, 2024, is warranted for the reasons stated in the Motion and is thus excludable pursuant to Title 18, United States Code, Section 3161(h)(7).   The Court FINDS that this period of delay is warranted and results from the fact that the defendants and the Government are discussing the issues of this case, including a potential resolution of the case prior to indictment.

For those reasons, the Court FINDS that the ends of justice will be served by granting this continuance and outweigh the best interests of public and the defendants in a speedy trial.

IT IS THEREFORE ORDERED, that any indictment or information in this cause be filed on or before February 10, 2024. It is further ordered that the period of delay from the filing of the motion to and including February 10, 2024, be excluded from the Speedy Trial Act computation.

Date: 12/15/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to Registered Counsel of Record

United States Probation
United States Marshal's Service