UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DONTA ALLEN, | ) CAUSE NO: 1:22-MJ-0550-MG-01 |
| | ) |
| Defendant. | ) |

ORDER

This matter having come before the Court upon the Government's Motion for Accept or Reject Hearing, and the Court, being duly advised in the premises, now finds as follows:

This case is scheduled for accept or reject hearing on **January 24, 2024, at 1:30 p.m. (Eastern) in Courtroom 243**, United States Courthouse, 46 E. Ohio Street, Indianapolis, IN, 46204, before the Criminal Duty Magistrate Judge.

SO ORDERED.

Date: 1/19/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel via electronic notification.

Electronic Notice to USM-C.