UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:22-mj-0550 |
| | ) | |
| DONTA ALLEN, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JANUARY 24, 2024**
**HONORABLE KELLI M. BARR, MAGISTRATE JUDGE**

The Parties appeared for an accept/reject hearing as requested by the Government. Defendant appeared in person and by CJA counsel Stacy Uliana. Government represented by AUSA Pamela Domash.

Hearing held.

Defendant orally rejected the offered plea agreement in open court.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Date: 1/24/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system